# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGE SAMMA *et al.*, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE *et al*.,<br><br>Defendants. | Civil Action No. _____ |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiffs' Motion for Preliminary Injunction is GRANTED.

2. Plaintiffs' Motion for Class Certification, dated _____ (ECF No. __), is GRANTED on a provisional basis. For purposes of this Preliminary Injunction, Plaintiffs are certified as representatives of the class, and Plaintiffs' Counsel are appointed as Class Counsel.

3. Defendants are preliminarily ENJOINED from withholding certified Form N-426s from Plaintiffs and class members pursuant to the N-426 Policy.

4. Defendants are preliminarily ENJOINED from withholding certified Form N-426s from Plaintiffs and class members who have served honorably for one day or more, except where a Plaintiff or class member has not served honorably as reflected in that individual's service record and based on

sufficient grounds generally applicable to all members of the military.

5. Defendants are preliminarily ORDERED to use their best efforts to certify or deny Form N-426s within two business days of receipt of the Form N-426 from a service member.

6. Defendants are preliminarily ORDERED to authorize all military personnel authorized to certify Form N-426s prior to the N-426 Policy to certify Form N-426s.

7. Defendants are preliminarily ENJOINED from discharging or separating Plaintiffs and class members pending completion of their Form N-426s and processing of their naturalization applications, except as related to the conduct of an individual service member and based on sufficient grounds generally applicable to all members of the military for discharge from service.

8. Defendants are preliminarily ORDERED to provide every service member who submits a Form N-426 with the following notice: "The ACLU has filed a class action lawsuit challenging the alleged withholding of Form N-426s from non-citizen service members who seek to become U.S. citizens. By submitting a Form N-426, you are potentially a member of that class. If your Form N-426 has not been certified within one week of submission, you can communicate confidentially with the lawyers in that lawsuit by writing to n426@aclu.org."

IT IS SO ORDERED.

Date: _____        _____

                                                                            United States District Judge