AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| ANGE SAMMA, ABNER BOUOMO, AHMAD ISIAKA, MICHAEL PEREZ, SUMIN PARK, YU MIN LEE, on behalf of themselves and others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE and MARK ESPER, in his official capacity as Secretary of Defense <br><br> *Defendant(s)* | Civil Action No. 20-cv-1104-ESH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  United States Department of Defense
1000 Defense Pentagon
Washington, DC 20301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jonathan Hafetz
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
jhafetz@aclu.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  04/29/2020

/s/ Mariela Cruz
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| ANGE SAMMA, ABNER BOUOMO, AHMAD ISIAKA, MICHAEL PEREZ, SUMIN PARK, YU MIN LEE, on behalf of themselves and others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE and MARK ESPER, in his official capacity as Secretary of Defense <br><br> *Defendant(s)* | Civil Action No. 20-cv-1104-ESH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Mark Esper
1000 Defense Pentagon
Washington, DC 20301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jonathan Hafetz
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
jhafetz@aclu.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 04/29/2020

/s/ Mariela Cruz

*Signature of Clerk or Deputy Clerk*

