# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANGE SAMMA,** *et al.*,<br><br>                    **Plaintiffs,**<br><br>          v.<br><br>**UNITED STATES DEPARTMENT OF DEFENSE,** *et al.*,<br><br>                    **Defendants.** | Civil Action No. 20-1104 (ESH) |

## ORDER

The Court held a telephone conference on May 5, 2020, to address plaintiffs' motion for a preliminary injunction. Pursuant to Fed. R. Civ. P. 65, and with the consent of the parties, the Court will consolidate the preliminary injunction hearing with a hearing on the merits. Accordingly, it is hereby **ORDERED** that

1. Plaintiffs' motion for preliminary injunction, ECF No. 4, will be treated as a motion for summary judgment.

2. Defendants' opposition to plaintiffs' motion for summary judgment and cross-motion for summary judgment is due by **May 22, 2020**.

3. By **May 22, 2020**, defendants shall file a certified index to the administrative record, and provide plaintiffs with a copy of the administrative record. Defendants shall also provide the Court with an electronic copy of the administrative record. To the extent the administrative record includes documents that were part of the administrative records filed in *Nio v. USCIS*, 17cv0998, and *Kirwa v. Dep't of Defense*, 17cv1753,

    the index should cross-reference where those documents appeared in those administrative records.

4. Plaintiffs' reply in support of their motion for summary judgment and opposition to defendants' cross-motion for summary judgment is due by **May 29, 2020**.

5. Defendant's opposition to plaintiffs' motion for class certification, ECF No. 5, is due by **June 1, 2020**.

6. Plaintiffs' reply in support of their motion for class certification is due by **June 8, 2020**.

7. Defendants' reply in support of their cross-motion for summary judgment is due by **June 8, 2020**.

8. Two courtesy paper copies of any filing over 25 pages should be provided to the Court.[1]

A hearing date will be set after briefing is completed.

                                                                               ELLEN SEGAL HUVELLE
                                                                               United States District Judge

Date:   May 5, 2020

---

[1] If counsel cannot produce and deliver paper copies to the Court due to the COVID-19 pandemic, this requirement will be waived upon request.