# EXHIBIT 4

# Defendants' Cross-Motion for Summary Judgment

*Samma v. Esper, 20-cv-1104 (D.D.C.)*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGE SAMMA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:20-cv-01104 |
| | ) The Honorable Ellen Segal Huvelle |
| UNITED STATES DEPARTMENT OF | ) |
| DEFENSE and MARK ESPER, in his | ) |
| official capacity as Secretary of Defense, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF MERCIE TURNER

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am currently the Battalion S1 for the 498th Combat Sustainment Support Battalion. As the Battalion S1, I am the principal staff officer for all military personnel matters and other matters concerning human resources support within the battalion and serve as the senior Adjutant General Officer within the battalion. In my capacity as the principal staff officer for military personnel matters, I have oversight responsibilities for maintaining personnel information, accounting for military personnel, and collecting, processing and storing information about soldiers. Within my office, I oversee the processing of individual military personnel actions, including finance and legal services, and records management, including custody, maintenance, and inspection of military personnel records maintained by the unit for each Soldier assigned to the battalion.

2. I commissioned as an officer in the Regular Army on May 15, 2011. I am currently a Captain serving as a Human Resources Officer in the Adjutant General's Corps. I have served as a Human Resources Officer since August 26, 2011. On October 21, 2019,

assumed my current responsibilities as the Battalion S1 for 498th Combat Sustainment Support Battalion (498th CSSB). 498th Combat Sustainment Support Battalion is attached to United States Army Materiel Support Command - Korea under the command of Colonel (COL) Christopher Noe.

3.     I submit this declaration pursuant to Federal Rules of Evidence 902(11) as the custodian of all military personnel records that are processed by and maintained within the custody of the 498th Combat Sustainment Support Battalion personnel office.

4.     Private First Class (PFC) Ange Samma is an Active Duty Soldier serving Camp Humphreys in South Korea, and is currently assigned to 339th Quartermaster Company, 498th Combat Sustainment Support Battalion. PFC Samma has been assigned to 339th Quartermaster Company since August 07, 2019. The unit maintains a local military personnel record for each of its soldiers, including a record for PFC Samma. The attached copy of the USCIS Form N-426, *Request for Certification of Military or Naval Service*, for PFC Ange Samma (Attach. A) was certified by COL Christopher Noe, the first O-6 commanding officer in the soldier's chain of command, and PFC Samma's military service was certified in accordance with the April 24, 2020, Under Secretary of Defense memorandum, subject: *Certification of Honorable Service for Purposes of Naturalization*. A copy of this certified USCIS Form N-426 is maintained in the soldier's local military personnel record under my custodial responsibility. Additionally, a copy of the USCIS Form N-426 ⫶ be uploaded into the soldier's official military record—Army Military Human Resources Record (AMHRR).

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 15,

2020.

MERCIE TURNER
Captain, U.S. Army

# ATTACHMENT A



# Request for Certification
# of Military or Naval Service

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS
Form N-426**
OMB No. 1615-0053
Expires 09/30/2021

USCIS requests certification of the service member's military service. Persons who are serving or have served under specified conditions in the U.S. Armed Forces are granted certain exemptions from the general requirements for naturalization. To establish eligibility, the law requires the executive department under which such person served to certify whether the service member served honorably, and whether the service member's separation from the service was under honorable conditions pursuant to Department of Defense (DoD) policy and guidelines. Recruiters are **not** authorized to certify this request.

**NOTE:** Requestors must complete **Parts 1. - 4.** Certifying officials must complete **Parts 5. - 8.** All applicants must submit a completed Form N-426; however, only applicants currently serving are required to obtain certification of Form N-426. Submit this request with Form N-400, Application for Naturalization. USCIS may reject your application if this request is not completely and properly filled out.

**NOTE: ONLY** military personnel (serving in pay grade O-6 or above) and equivalent civilian personnel (GS-15 or above) with proper authorization may certify this request.

## Part 1.  Information About You

1. Alien Registration Number (A-Number) (if any)
   ▶ A-☐

2. Military Service Number
   ☐

3. Full Legal Name

   Family Name (Last Name)
   SAMMA

   Given Name (First Name)
   ANGE

   Middle Name
   CLOVIS

4. Other Names Used

   List all other names you have used, including your maiden name (if any). If you need extra space to complete this section, use the space provided in **Part 9. Additional Information.**

   Family Name (Last Name)
   SAMMA

   Given Name (First Name)
   ANGE

   Middle Name
   CLOVIS

5. U.S. Social Security Number (if any)
   ▶ ☐

6. USCIS Online Account Number (if any)
   ▶ N / A

7. Date of Birth (mm/dd/yyyy)
   ☐

8. Place of Birth

   City
   OUAGADOUGOU

   Country
   BURKINA FASO

9. Country of Citizenship
   BURKINA FASO

10. Country of Nationality
    BURKINA FASO

11. Physical Address

    Street Number and Name
    ☐

    Apt.  Ste.  Flr.  Number
    ☐  ☐  ☐

    City or Town
    SALEM

    County
    SALEM

    State
    NJ

    ZIP Code + 4
    ☐ - ☐

    Province or Region (foreign address only)
    N/A

    Country (foreign address only)
    N/A

    Postal Code (foreign address only)
    N/A

## Part 2. Enlistment Information

1. Where did you enlist?

Country
UNITED STATES

City
FORT DIX

State
NJ

Province (if applicable)
N/A

2. Where did you reside when you enlisted?

Country
UNITED STATES

City
SALEM

State
NJ

Province (if applicable)
N/A

3. Have you reenlisted?   ☐ Yes   ☒ No

4. Where did you reenlist?

Country

City

State

Province (if applicable)

5. Where did you reside when you reenlisted?

Country

City

State

Province (if applicable)

## Part 3. Periods of Military Service (To be completed by requestor)

Provide all periods of service. If you need extra space to complete this section, use the space provided in **Part 9. Additional Information**.

NOTE: If you have multiple periods of military service and are separated from service, you must provide your most current DD Form 214 or NGB Form 22.

| Military Service | Branch of Service | Service Start Date (mm/dd/yyyy) | Service End Date (mm/dd/yyyy) | Type of Service (include all active, reserve, and National Guard Service) |
|---|---|---|---|---|
| Military Service 1 | US ARMY | 02/07/2019 | N/A | ☒ Active Duty<br>☐ Selected Reserve of the Ready Reserve |
| Military Service 2 | | | | ☐ Active Duty<br>☐ Selected Reserve of the Ready Reserve |
| Military Service 3 | | | | ☐ Active Duty<br>☐ Selected Reserve of the Ready Reserve |

## Part 4.  Requestor's Contact Information, Certification, and Signature

### Requestor's Contact Information

1. Requestor's Daytime Telephone Number

2. Requestor's Mobile Telephone Number (if any)

3. Requestor's Email Address (if any)

### Requestor's Certification

I authorize release of information contained in this request, in supporting documents, and in my USCIS records to other entities and persons where necessary for the administration and enforcement of U.S. immigration laws.

I certify, under penalty of perjury, that all of the information in my request and any document submitted with it were provided by me and are complete, true, and correct.

### Requestor's Signature

4. Requestor's Signature

*ange Clommer*

Date of Signature (mm/dd/yyyy)
04/20/2020

NOTE TO ALL REQUESTORS:  USCIS may reject or deny your Form N-400 if you do not complete this Form N-426, or if you do not submit all required documents listed in the Instructions.

## Part 5.  Character of Service (To be completed by certifying official)

NOTE:  For armed forces members currently serving, the certifying official MUST complete AND certify Form N-426 in Parts 5. - 8. Veterans who are no longer serving may leave Parts 5. - 8. blank, but MUST provide copies of their DD Form 214 or NGB Form 22 that include the character of service upon separation from service for all periods of service.

For this character of service section, the certifying official must indicate whether the requestor served honorably or is currently serving honorably for each period of military service the requestor served (refer to Part 3. Periods of Military Service).  For any "No" responses, provide details in Part 7. Remarks.

1. Honorable Period of Military Service 1            ☒ Yes ☐ No
2. Honorable Period of Military Service 2            ☐ Yes ☐ No ☒ N/A
3. Honorable Period of Military Service 3            ☐ Yes ☐ No ☒ N/A

## Part 6.  Separation Information

1. Is the requestor separated?            ☐ Yes ☒ No
2. If separated, select discharge type:     ☐ Honorable  ☐ Other (provide details in Part 7. Remarks.)
3. Was the requestor discharged on account of alienage?            ☐ Yes ☐ No
   If you answer "Yes," provide details in Part 7. Remarks.

## Part 7.  Remarks

Provide any derogatory information in your records relating to the service member's character, loyalty to the United States, disciplinary action, convictions, other than honorable discharges, or other matters concerning his or her fitness for citizenship.  If you need extra space to complete this section, use the space provided in **Part 9. Additional Information.**

## Part 8.  Certification (To be completed by certifying official)

I, | Christopher D. Noe | COL | Brigade Commander |
   | Full Name | Rank | Title |

certify that I am duly authorized under the laws, regulations and policies of the Department of Defense to certify the requestor's honorable service.  I have personally reviewed the requestor's service record.  The information provided herein is a reflection of my findings.  I certify that the information given here concerning the service of the person named on this request is correct according to the records of the | 498 CSSB |.

Branch of Service | Component | Rank
US Army | Active | COL

Title | Full Name
Brigade Commander | Christopher D. Noe.

Work Telephone Number | Military Email Address
315-763-2044 | christopher.d.Noe.mil@mail.m.l

Official Signature (**NOTE:  An original ink signature on a copy of an original ink signature is acceptable.  A digital signature is not acceptable.**) | Date (mm/dd/yyyy)
| 05/14/2020

## Part 9. Additional Information

If you need extra space to provide any additional information within this request, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this request or attach a separate sheet of paper. Include your name and A-Number (if any) at the top of each sheet; indicate the **Page Number, Part Number,** and **Item Number** to which your answer refers; and sign and date each sheet.

1. Family Name (Last Name)      Given Name (First Name)      Middle Name

2. A-Number (if any) ▶ A-

3. A. Page Number    B. Part Number    C. Item Number

   D.

4. A. Page Number    B. Part Number    C. Item Number

   D.

5. A. Page Number    B. Part Number    C. Item Number

   D.

6. A. Page Number    B. Part Number    C. Item Number

   D.