**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ANGE SAMMA, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:20-cv-01104-ESH |
| | ) | The Honorable Ellen Segal Huvelle |
| UNITED STATES DEPARTMENT OF DEFENSE and MARK ESPER, in his official capacity as Secretary of Defense, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' CROSS-MOTION FOR**
**SUMMARY JUDGMENT**

Upon consideration of the Motion for Summary Judgment by Defendants, it is hereby

ORDERED that Defendants' motion is GRANTED.  The Court hereby enters judgment in favor

of Defendants on all of Plaintiffs' claims.


Dated:

_____
HON. ELLEN SEGAL HUVELLE
United States District Judge