# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANGE SAMMA, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>DEFENSE and MARK ESPER, in his )<br>official capacity as Secretary of Defense, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:20-cv-01104-ESH<br>The Honorable Ellen Segal Huvelle |

## NOTICE OF DEFENDANTS' AMENDED SUPPLEMENTAL BRIEF IN RESPONSE TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

Defendants hereby give notice of their filing of an Amended Supplemental Brief in Response to Plaintiffs' Motion for Class Certification and Appointment of Class Counsel. Defendants file this amended brief to clarify or correct certain points made in their original brief filed on June 30, 2020, as well as to provide the Court with additional information in response to the Court's questions, some of which became known to undersigned counsel only after Defendants' deadline to file had passed.

Dated: July 1, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director
Federal Programs Branch

*/s/ Nathan M. Swinton*
NATHAN M. SWINTON

                    Senior Trial Counsel
LIAM HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12022
Washington, DC 20530
Tel: (202) 305-7667
Fax: (202) 616-8470
Email: Nathan.M.Swinton@usdoj.gov

*Attorneys for Defendants*