# Exhibit 1

to Plaintiffs' Supplemental Brief in Support of Plaintiffs' Motions for Summary Judgment and Class Certification

Case No.:1:20-cv-01104-ESH

```
             UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
----------------------------X

ANGE SAMMA, et al,

                 Plaintiffs

           v.           Civil Action 20-1104-ESH

 U.S. DEPARTMENT OF DEFENSE et al,

                 Defendants

----------------------------X
                                  Washington, D.C.
                              Friday, June 26, 2020
                                    10:00 a.m.

             TRANSCRIPT OF TELECONFERENCE
        BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
             UNITED STATES DISTRICT JUDGE
APPEARANCES:

For the Plaintiffs: Scarlet Kim, Esq.
                    Arthur B. Spitzer, Esq.
                    Noor Zafar, Esq.
                    AMERICAN CIVIL LIBERTIES
                      UNION FOUNDATION
                    125 Broad Street, 18th Floor
                    New York, NY 10004
                    (917) 913-4923

For the Defendant:Nathan Michael Swinton, Esq.
                    U.S. DEPARTMENT OF JUSTICE
                    Civil Division, Litigation Branch
                    1100 L Street NW
                    Washington, DC 20530
                    (202) 305-7667

                    Maj. Joseph Nosse
                    U.S. DEPT. OF ARMY


Court Reporter:     Lisa Walker Griffith, RPR
                    U.S. District Courthouse
                    Room 6507
                    Washington, D.C.  20001
                    (202) 354-3247
```

1   word "accession" for the reservists.

2           Mr. Swinton, these types of complications make it
3   difficult for us to figure these things out.  When does a
4   reservist -- do you agree under the provision that you
5   quoted to us, that a reservist for purposes of the one year,
6   gets credit for basic, has to do basic but he also can add
7   on his reservist time to make up for a year.  So it's going
8   to be 180 of basic, plus if he has been in the reserves for
9   six months or whatever it takes.

10          MR. SWINTON:  I don't know if I agree with that,
11  Your Honor.  I think the understanding that we had was that
12  the date starts when you begin active duty training, and
13  that does not start until you are shipped to basic training,
14  drilling periods, in other words, did not count for that
15  creditable services because it doesn't constitute active
16  duty training.  It is not active duty service.

17          MS. KIM:  Your Honor, that is an incorrect
18  interpretation of the DOD.  We're happy to submit briefing
19  on this issue or point you to the appropriate authorities.

20          THE COURT:  For purposes of the one year, it
21  requires the reservist -- this is a quote -- complete at
22  least one year of satisfactory towards non-regular
23  retirement in accordance with 1215.07 of the DODI.  That
24  says in paragraph 3.1A, that a qualifying year of creditable
25  service for the non-regular retirement is a full year during

1   which a member of an active component or reserve is credited
2   with at least 50 retirement points a year began from the
3   date the reservist entered into active service or active
4   status in a reserve component.  Reservists are credited one
5   retirement point per day of active service.
6           Is that the provision that you are pointing to,
7   Ms. Kim?
8           MS. KIM:  Yes, Your Honor.  As I stated before,
9   the government appears to conflate active duty with active
10  status in a reserve component.  Active status in a reserve
11  component begins when a selected reservist begins drilling.
12          MAJ. NOSSE:  Your Honor, I think the operative
13  part of that DODI has to do with the anniversary year in
14  which you can start accruing time towards the 20 years in
15  the reserve.
16          I don't disagree that the drilling periods accrue
17  points towards retirement.  However, the 20 years, which is
18  the years of creditable service towards retirement, the
19  anniversary year for that does not start until those
20  reservists show up to basic training.  So any drilling
21  period prior that they may have gone to prior to showing up
22  to basic training, they're going to get points for those and
23  receive retirement points for those that.  But that time
24  does not count toward 20 years of service until they access.
25  And that is outlined where it specifies the anniversary

1  year, creditable services and when that anniversary year
2  begins.
3        And it's not that we're conflating active duty
4  time with active service.  But that period does not begin
5  until they have gone to basic training, Your Honor.
6        THE COURT:  Is that part of 1215.07 about when
7  they start to include points toward retirement?
8        MAJ. NOSSE:  Yes, Your Honor, if you give me a
9  second, I can find the provision regarding when the
10 anniversary year begins.
11       MS. KIM:  Just to add a point, Your Honor.  The
12 government's surreply states specifically that a selected
13 reservist isn't accessed until they have begun receiving
14 compensation and are eligible for certain benefits including
15 creditable service.  So it is not quite clear to me why the
16 anniversary year date is relevant at all.
17       And just to note that plaintiff Isiaka, who has
18 begun drilling, has begun receiving compensation and earning
19 creditable service on the basis of his drills.
20       The government's point seems to be that the time
21 period, the year clock doesn't begin until selected
22 reservists ship to basic training.  If that's the case, then
23 the time they would have to wait before they're eligible for
24 an N-426 certification would be significantly more than a
25 year, depending on when they actually ship, even if they

1   have already started drilling.

2           THE COURT:  This is pretty important.  The
3   question is are you measuring one year from the time
4   somebody begins drilling and after that basic.  I understand
5   under your policy, you've got to get to basic for six
6   months.  But if you have been drilling for the prior six
7   months, do you have to wait?  Because it says in the policy
8   inclusive of basic, you have to have a year.  It doesn't say
9   you have to have a year of active.

10          MAJ. NOSSE:  Yes, Your Honor.  I think the other
11  thing to consider, Your Honor, is that based on the service,
12  potentially reservists are able to apply for naturalization
13  sooner than that year in the sense where they complete both
14  basic training and their follow-on technical training or
15  specialization training, if they complete that all in one
16  block, which will take approximately six months or so,
17  depending on the service, they're going to receive a DD-214,
18  which will potentially characterize their service as a
19  separation from active duty for that time period.  So, it
20  almost renders the N-426 and the certification of an N-426
21  unnecessary for some of those folks.

22          In the cases where those people don't complete
23  basic training right away, where they do some type of split
24  training, where they complete a period of active duty
25  training one summer and then go the following summer for