UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANGE SAMMA, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>DEFENSE and MARK ESPER, in his )<br>official capacity as Secretary of Defense, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:20-cv-01104-ESH<br>The Honorable Ellen Segal Huvelle |

## DEFENDANTS' NOTICE OF SUBMISSION OF INFORMATION ABOUT USCIS POLICY MANUAL

During the July 16, 2020 argument on the parties' cross-motions for summary judgment, the Court inquired about the U.S. Citizenship and Immigration Services ("USCIS") Policy Manual and, specifically, whether there was "a 2018 version." Defendants do not administer the naturalization laws and do not believe that USCIS materials have bearing on the issues raised in this case. *See, e.g.*, Mem. in Supp. of Defs.' Cross-Mot. for Summ. J. and Opp'n to Pls.' Mot. for Summ. J., ECF NO. 19-1, at 24-25. Nevertheless, Defendants have been told that the Policy Manual is publicly available at the following URL: https://www.uscis.gov/policy-manual. It is Defendants' understanding that USCIS does not issue a new version of the Policy Manual on an annual basis. Rather, Defendants' understanding is that USCIS updates the Policy Manual as needed and makes available information about updates at the following URL: https://www.uscis.gov/policy-manual/updates.

Dated: July 22, 2020　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　ETHAN P. DAVIS
　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　　　ANTHONY J. COPPOLINO
　　　　　　　　　　　　　　　　　　Deputy Branch Director
　　　　　　　　　　　　　　　　　　Federal Programs Branch

　　　　　　　　　　　　　　　　　　*/s/ Nathan M. Swinton*
　　　　　　　　　　　　　　　　　　NATHAN M. SWINTON
　　　　　　　　　　　　　　　　　　Senior Trial Counsel
　　　　　　　　　　　　　　　　　　LIAM HOLLAND
　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　1100 L Street NW, Room 12022
　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　Tel: (202) 305-7667
　　　　　　　　　　　　　　　　　　Fax: (202) 616-8470
　　　　　　　　　　　　　　　　　　Email: Nathan.M.Swinton@usdoj.gov

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*