**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| ANGE SAMMA *et al.*, on behalf of themselves and others similarly situated, |
| *Plaintiffs,* |
| v. |
| UNITED STATES DEPARTMENT OF DEFENSE *et al.*, |
| *Defendants.* |

No. 1:20-cv-01104-ESH

## <u>NOTICE REGARDING PLAINTIFF TIMOTIUS GUNAWAN</u>

Plaintiffs file this notice to inform the Court that Plaintiff Timotius Gunawan, a Lawful

Permanent Resident ("LPR") who serves in the U.S. Navy in active duty status, received a

certified N-426 on July 29, 2020. He has submitted this form, along with his naturalization

application, to U.S. Citizenship and Immigration Services ("USCIS") for processing. Mr.

Gunawan's N-426 certification is contrary to the October 13, 2017 N-426 Policy because he has

not yet satisfied the minimum service duration requirement. *See* SAMMA_0002. He has not

completed at least 180 days of active duty service, which he is scheduled to complete on August

8, 2020.[1]

Whether this is an effort by Defendants to moot Plaintiff Gunawan's claim or merely an

unauthorized action by a local commander, contrary to the challenged N-426 Policy, it should

not affect this Court's consideration of Plaintiffs' motion for class certification. As an initial

---

[1] Plaintiff Gunawan shipped to recruit training, analogous to the Army's basic combat training, in February 2020 and completed that training in April 2020. *See* Am. Compl. ¶ 131.

1

matter, Plaintiff Rafael Machado, an LPR serving active duty in the U.S. Air Force, continues to be an adequate class representative for a subclass of individuals who: (1) are non-citizens serving in an active duty status in the U.S. military and (2) have requested but not received a certified N-426. *See* Pls.' Supp. Br. in Supp. of Mot. for Summ. J. and Class Cert., ECF No. 33, at 6-7. Further, as Plaintiffs explained in prior briefing, this Court can relate the class certification motion back to the filing of the amended complaint, when Plaintiff Gunawan's claims were live. *See* Pls.' Reply Mem. in Supp. of Mot. for Class Cert., ECF. No 26, at 3-5. *See also J.D. v. Azar*, 925 F.3d 1291, 1310 (D.C. Cir. 2019). In light of the above, this Court should proceed to certify a subclass of all individuals who: (1) are non-citizens serving in an active duty status in the U.S. military and (2) have requested but not received a certified N-426.

Dated: July 31, 2020

Respectfully submitted,

*/s/ Noor Zafar*

Jennifer Pasquarella
Michelle (Minju) Cho
American Civil Liberties Union Foundation
 of Southern California
1313 West 8th Street
Los Angeles, CA 90017
(213) 977-5236
jpasquarella@aclusocal.org
mcho@aclusocal.org

Noor Zafar*
Scarlet Kim (D.D.C. Bar No. NY0329)
Jonathan Hafetz (D.D.C. Bar No. NY0251)
Brett Max Kaufman (D.D.C. Bar. No. NY0224)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
nzafar@aclu.org
scarletk@aclu.org
jhafetz@aclu.org
bkaufman@aclu.org

Arthur B. Spitzer (D.D.C. Bar No. 235960)
American Civil Liberties Union Foundation
 of the District of Columbia
915 15th Street, NW, 2nd Floor
Washington, DC 20005
(202) 601-4266
aspitzer@acludc.org

*Admitted *pro hac vice*

*Counsel for Plaintiffs*