# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANGE SAMMA, et al.,                                         )<br>                                                             )<br>          Plaintiffs,                                       )<br>                                                             )<br>     v.                                                     )   Civil Action No. 1:20-cv-01104<br>                                                             )<br>UNITED STATES DEPARTMENT OF                                  )<br>DEFENSE and MARK ESPER, in his                               )<br>official capacity as Secretary of Defense,                   )<br>                                                             )<br>          Defendants.                                        )<br>                                                             ) | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants, United States Department of Defense and Mark Esper in his official capacity as Secretary of Defense, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's August 25, 2020 Order and Judgment, ECF No. 47, and Memorandum Opinion, ECF No. 46.

Dated: October 23, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director
Federal Programs Branch

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20009
Tel: (202) 514-4964
Fax: (202) 616-8470
Email: Liam.C.Holland@usdoj.gov

*Attorneys for Defendants*