# Exhibit 34

to Declaration of Scarlet Kim to Plaintiffs' Motion to Enforce Court Order

Case No.: 1:20-cv-01104-PLF



August 2, 2021

**DELIVERED VIA EMAIL**

Liam C. Holland
Trial Attorney
Civil Division
U.S. Department of Justice
Washington, D.C. 20530

Re: *Samma, et al. v. United States Department of Defense, et al.*, No. 20-CV-1104 (D.D.C.)

Dear Liam,

Thank you for your letter dated July 28, 2021, responding to our letter of July 23, 2021, describing three more instances of non-compliance with the Court's August 25, 2020 Order. In your letter, you requested additional information about each class member's situation "in order to examine the issue and meaningfully respond." At this stage, we are able to provide the current unit information for the following class members raised in our July 23 and July 28, 2021 emails:

**1. Nikolai Povolotckii:** ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅

**2. Olubunmi Aregbesola:** ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅

**3. Oyindamola Oyepeju:** ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅

**4. Olusegun Enikanoselu:** ▅▅▅▅▅▅▅▅▅▅▅▅▅▅

**5. Christiana Etukudo Atat:** ▅▅▅▅▅▅▅▅▅▅▅▅

**6. Joseph Okoisu:** ▅▅▅▅▅▅▅▅▅▅▅▅▅▅

We have also attached another scanned version of the N-426 form for Mr. Povolotckii, as requested in your July 23, 2021 letter.

While we are working to gather additional information regarding these instances of non-compliance to help expedite meaningful action, we expect Defendants to investigate these cases of non-compliance using the information we have already



provided. In our July 23 and July 28, 2021 letters, we described, in as much detail as possible, each class member's experience seeking N-426 certifications from their respective chains of command at multiple training bases and installations. The information we have now provided is more than sufficient for Defendants to know who and where these soldiers are, and to take the necessary corrective action. It is Defendants' responsibility to comply with the court's order, not to impose burdensome and unnecessary tasks on class members and class counsel.

As noted in our earlier letters, an individual class member's inability to obtain N-426 certification is often indicative of a more systemic problem at a particular military installation and nearly all of the class members listed above have encountered instances of non-compliance at installations that we already brought to Defendants' attention in previous letters. We urge and expect Defendants to take responsibility for assuring that these class members' N-426 certification requests are processed promptly and that military officials at these installations are aware of their obligations and that those under their command carry out their duties.



Sincerely,
Sana Mayat

*Counsel for Plaintiffs*

Encl.