IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGE SAMMA *et al.*, on behalf of themselves and others similarly situated,<br><br>          Plaintiffs,<br><br>          v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE *et al.*,<br><br>          Defendants. | No. 1:20-cv-01104-PLF |

**CONSENT MOTION TO EXTEND TIME TO FILE REPLY**

Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), Plaintiffs respectfully move for a seven-day extension of time to November 1, 2021 to file their reply to Defendants' Opposition to Plaintiffs' Motion to Enforce Court Order. Defendants consent to this motion.

1. Defendants filed a 39-page brief along with eleven declarations and ten exhibits on October 18, 2021. Plaintiffs' reply is currently due on October 25, 2021. As extended, Plaintiffs' reply would be due on November 1, 2021.

2. Plaintiffs need additional time to prepare their reply. Plaintiffs must review Defendants' fact-intensive submissions. This extension is not sought for any improper purpose, but to allow Plaintiffs to review Defendants' memorandum and accompanying documents.

3. No party will be prejudiced, and the brief extension requested here will have no effect on any other deadlines.

4. Plaintiffs filed their Motion to Enforce Court Order on August 17, 2021. ECF No. 58. Defendants' Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion was

due, under the relevant local rule (LCvR 7(b)), on August 31, 2021. Defendants sought a nearly seven-week extension to October 18, 2021. ECF No. 74. This Court granted Defendants' extension request. ECF No. 76.

5. Defendants have consented to the extension of time requested here. Based on the above, Plaintiffs respectfully request that this Court enter an order pursuant to Fed. R. Civ. P. 6(b)(1), to extend the time permitted for Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion to Enforce Court Order to November 1, 2021.

Dated: October 19, 2021

Jennifer Pasquarella
American Civil Liberties Union Foundation
   of Southern California
1313 West 8th Street
Los Angeles, CA 90017
(213) 977-5236
jpasquarella@aclusocal.org

Respectfully submitted,

/s/ *Scarlet Kim*_____
Scarlet Kim (D.D.C. Bar No. NY0329)
Sana Mayat*
Brett Max Kaufman (D.D.C. Bar. No. NY0224)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
scarletk@aclu.org
smayat@aclu.org
bkaufman@aclu.org

Arthur B. Spitzer (D.D.C. Bar No. 235960)
American Civil Liberties Union Foundation
   of the District of Columbia
915 15th Street, NW, 2nd Floor
Washington, DC 20005
(202) 601-4266
aspitzer@acludc.org

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGE SAMMA *et al.*, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE *et al.*,<br><br>    Defendants. | No. 1:20-cv-01104-PLF |

**[PROPOSED] ORDER GRANTING CONSENT MOTION
TO EXTEND TIME TO FILE REPLY**

**THIS MATTER**, having come before the Court on the Consent Motion to Extend Time to File Reply to Defendants' Opposition to Plaintiffs' Motion to Enforce Court Order; the Court having reviewed the consent motion,

**IT IS HEREBY ORDERED** that the Consent Motion to Extend Time to File Reply is granted and the Plaintiffs shall have until November 1, 2021 to file their Reply.


Dated: _____                                         _____